# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| **JOSIE SALAZAR,** *Individually;* **ROSE RICH,** *Individually and as Representative of* **THE ESTATE OF SAMUEL SALAZAR; AND ANNETTE RODRIGUEZ,** *as Next Friend for* **A.S., MINOR CHILD** | § § § § § § § § | |
| **v.** | § § | **2:12-CV-24** |
| **NUECES COUNTY, TEXAS, CHRISTUS SPOHN HEALTH SYSTEM CORPORATION D/B/A CHRISTUS SPOHN HOSPITAL CORPUS CHRISTI, SHERIFF JIM KAELIN, INDIVIDUALLY, DR. GILBERT MALDONADO, INDIVIDUALLY, AND NORMA REAL, INDIVIDUALLY** | § § § § § § § | |

## FINAL JUDGMENT

In accordance with Plaintiffs' Unopposed Stipulations of Dismissal [D.E. 30, 83, 84, and 117], this case is **DISMISSED.**

This is a **FINAL JUDGMENT.**

It is so **ORDERED.**

1/22/14

_____

NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE